**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**vs.**                                        **NO. 4:93CR00218-02 GTE**

**SYLVESTER PRICE**

## ORDER AND JUDGMENT

The above entitled cause came on for hearing on the Petition to Revoke Supervised

Release filed by the Government.  The Defendant, Sylvester Price admitted to the violation of the

conditions of his Supervised Release.  Upon the basis of the admissions of the defendant, the

Court finds that he violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted

this defendant, Sylvester Price, on March 20, 2000, be, and it is hereby, **REVOKED**.

IT IS FURTHER ORDERED that the defendant serve a period of imprisonment of

SEVEN (7) MONTHS in the custody of the Bureau of Prisons.  Upon his release Defendant shall

serve a period of Supervised Release until March 19, 2008, at which time his Supervised Release

shall end. The Court recommends that during incarceration the defendant participate in

nonresidential substance abuse treatment and educational and vocational programs.  When on

Supervised Release the Defendant's conditions shall remain the same as they were previously.

The Defendant is directed to report to the designated facility on January 8, 2007, by 2:00

P.M. or to the United States Marshal for this District.  Defendant remains on the same

Supervised Release conditions as before until that time.

IT IS SO ORDERED this 21st day of November, 2006.

_/s/ Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE